# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LAWRENCE HAMLEY, | CASE NO. CV-F-03-6033 WMW HC |
| Petitioner, | ORDER DENYING CERTIFICATE OF APPEALABILITY |
| LESLIE BLANKS, WARDEN | |
| Respondent. | |

Petitioner, a state prisoner, filed a petition for a writ of habeas corpus pursuant to 28U.S.C. § 2254.  On April 25, 2006,  the undersigned issued a Memorandum Opinion and Order denying the petition for writ of habeas corpus.

On May 26, 2006, Petitioner filed an application for a certificate of appealability.  The controlling statute, 28 U.S.C. § 2253, provides as follows:

> (a) In a habeas corpus proceeding or a proceeding under section 2255 before a district judge, the final order shall be subject to review, on appeal, by the court of appeals for the circuit in which the proceeding is held.
> (b) There shall be no right of appeal from a final order in a proceeding to test the validity of a warrant to remove to another district or place for commitment or trial a person charged with a criminal offense against the United States, or to test the validity of such person's detention pending removal proceedings.
> (c)(1) Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from--
> (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court;  or
> (B) the final order in a proceeding under section 2255.
> (2) A certificate of appealability may issue under paragraph (1) only if the applicant has made a substantial showing of the denial of a constitutional right.
> (3) The certificate of appealability under paragraph (1) shall indicate which specific issue or

1   issues satisfy the showing required by paragraph (2).

2   In the present case, the court finds that Petitioner has failed to carry his burden of making a
3   substantial showing of the denial of a constitutional right. Accordingly, Petitioner's request for a
4   certificate of appealability is HEREBY DENIED.

7   IT IS SO ORDERED.

8   **Dated:   June 19, 2006**          /s/  **William M. Wunderlich**
    bl0dc4                            UNITED STATES MAGISTRATE JUDGE