# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LAWRENCE HAMLEY, | CASE NO. CV-F-03-6033 WMW HC |
| Petitioner, | ORDER GRANTING APPLICATION TO WITHDRAW AS ATTORNEY OF RECORD [Doc. 14 and 15] |
| LESLIE BLANKS, WARDEN | |
| Respondent. | |

On May 25, 2006, Petitioner's counsel filed an application to withdraw as attorney of record in this case. Good cause appearing, the application is HEREBY GRANTED.

IT IS SO ORDERED.

**Dated:   June 26, 2006**        /s/  **William M. Wunderlich**
bl0dc4                UNITED STATES MAGISTRATE JUDGE

1