UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LAWRENCE HAMLEY, )<br>   )<br>   Petitioner, )<br>   )<br>   v. )<br>   )<br>   )<br>LESLIE BLANKS, Warden, )<br>   )<br>   Respondent. )<br>_____ ) | 1:03-CV-06033-WMW-HC<br><br>ORDER REQUIRING PETITIONER TO SUBMIT COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL **OR** PAY FILING FEE<br><br>ORDER DIRECTING CLERK TO SERVE COPY OF THIS ORDER ON COURT OF APPEALS |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 25, 2006, Magistrate Judge William M. Wunderlich denied the petition for writ of habeas corpus, and judgment was entered on April 25, 2006. On May 25, 2006, Petitioner filed a notice of appeal. On June 20, 2006, the court issued an order denying petitioner's request for a certificate of appealability, and on June 21, 2006, the certificate of record was transmitted to the Court of Appeals for the Ninth Circuit.

On May 25, 2006, Petitioner filed two motions for leave to proceed in forma pauperis on appeal. A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed. R. App. P. 24(a)(3). In this case, Petitioner paid the

1 filing fee and did not proceed in this Court in forma pauperis. Thus, Petitioner is not automatically
2 entitled to proceed in forma pauperis on appeal.

3 Rule 24(a)(1) of the Federal Rules of Appellate Procedure states that a party who desires to
4 appeal in forma pauperis must file a motion in the district court and attach to that motion a
5 completed application to proceed in forma pauperis, along with the issues the party intends to
6 present on appeal. Petitioner's request, however, was not submitted on the proper form, and in
7 addition, the copy of Petitioner's trust account statement was not a **certified** copy. See 28 U.S.C.
8 1914(a); 1915 (a).

9 The Court will provide Petitioner with the opportunity to submit either the appropriate
10 application and certified copy of Petitioner's prison trust account, or in the alternative, the $455.00
11 filing fee.

12 Accordingly, the Court ORDERS that:

13 1. The Clerk of the Court is DIRECTED to send Petitioner a copy of the application to
14 proceed in forma pauperis;

15 2. Petitioner is DIRECTED to submit either the completed application, accompanied by
16 a certified copy of Petitioner's prison trust account statement for the last six months, **or in the**
17 **alternative,** the $455.00 filing fee, within thirty (30) days of the date of service of this order; and

18 3. The Clerk of Court is DIRECTED to serve a copy of this order on the Court of
19 Appeals for the Ninth Circuit.

20 IT IS SO ORDERED.

21 **Dated:     June 27, 2006**          /s/  William M. Wunderlich
   bl0dc4                                UNITED STATES MAGISTRATE JUDGE

2